UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
MAR - 4 2003
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| Lyle Menendez,<br><br>                Petitioner,<br><br>     v.<br><br>C. A. Terhune,<br><br>                Respondent. | CASE NUMBER<br><br>CV 00-02359 R (AN)<br><br>NOTICE OF FILING<br>OF MAGISTRATE JUDGE'S REPORT<br>AND RECOMMENDATION AND THE<br>LODGING OF PROPOSED JUDGMENT<br>AND/OR ORDER |
|---|---|

**TO: All Parties of Record**

Cliff Gardner
2088 Union Street
Suite 3
San Francisco, CA 94123

Kenneth C. Byrne, Supervising DAG
Office of the Attorney General
300 South Spring Street, Suite 5000
Los Angeles, CA 90013

You are hereby notified that pursuant to the Local Rules Governing Duties of Magistrate Judges, the Magistrate Judge's report and recommendation has been filed and a proposed judgment and/or order has been lodged on March 4, 2003, copies of which are attached.

Any party having objections to the report and recommendation and the proposed judgment and/or order shall, not later than March 21, 2003, file and serve a written statement of objections with points and authorities in support thereof before the Honorable Arthur Nakazato, U.S. Magistrate Judge.

Failure to so object within the time limit specified shall be deemed as consent to the recommendation and a waiver of any appeal. Upon receipt of objections, or upon the lapse of the time for filing objections, the case will be submitted to the District Judge for disposition. Following entry of judgment and/or order, all motions or other matters in the case will be considered and determined by the District Judge.

The report and recommendation of a Magistrate Judge is not a final appealable order. A notice of appeal pursuant to Federal Rules of Appellate Procedure 4(a)(1) should not be filed until entry of a judgment and/or order by the District Judge.

CLERK, UNITED STATES DISTRICT COURT

Dated: March 4, 2003          By     Melissa Cash
                                          Deputy Clerk

Attachments

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.
DATED: 3-4-03
DEPUTY CLERK

ENTER ON ICMS
MAR - 5 2003

M-51       NOTICE OF FILING OF MAGISTRATE JUDGE'S REPORT AND
(6/98)     RECOMMENDATION AND THE LODGING OF PROPOSED JUDGMENT AND/OR ORDER



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LYLE MENENDEZ,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>C. A. TERHUNE,<br><br>　　　　Respondent. | Case No. CV 00-02359 R (AN)<br><br>**PROPOSED**<br><br>ORDER APPROVING AND ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the file, including the Magistrate Judge's Report and Recommendation, *de novo*.

　　　IT IS ORDERED:

　　　1.　The Report and Recommendation is approved and adopted.

　　　2.　Judgment shall be entered denying the Petition and dismissing this action with prejudice.

　　　IT IS FURTHER ORDERED that the Clerk of the Court shall serve a copy of this Order and the Judgment on all counsel or parties of record.

Dated: _____, 2003　　　　_____
　　　　　　　　　　　　　　　　　　　　　　MANUEL L. REAL
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

LODGED
CLERK, U.S. DISTRICT COURT
MAR - 4 2003
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LYLE MENENDEZ,<br><br>        Petitioner,<br><br>v.<br><br>C. A. TERHUNE,<br><br>        Respondent. | Case No. CV 00-02359 R (AN)<br><br>**PROPOSED** JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: _____, 2003

                                                MANUEL L. REAL
                                       UNITED STATES DISTRICT JUDGE