

LODGED
CLERK, U.S. DISTRICT COURT

MAR - 4 2003

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

ENTERED
APR - 1 2003
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA OFFICE
BY                        DEPUTY

ENTER / JS-6
PRIORITY SEND

FILED
CLERK, U.S. DISTRICT COURT

MAR 3 1 2003

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d).

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LYLE MENENDEZ,<br><br>        Petitioner,<br><br>    v.<br><br>C. A. TERHUNE,<br><br>        Respondent. | Case No. CV 00-02359 R (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: March 31 , 2003

MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

ENTERED ON ICMS

APR - 1 2003

CV